

**Douglas A. Spencer**
*Partner*
77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000 x225

July 8, 2026

**<u>VIA ACMS Electronic Filing</u>**
United States Court of Appeals
Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re: R.C. v. Garden City Union Free School District
      Case Number: 26-1272

Honorable Court:

In accordance with Local Rule 31.2(a)(1)(A), Defendant-Appellant Garden City Union Free School District (the "District") respectfully submits this scheduling notification setting forth its requested deadline for filing its principal brief on appeal.

This notification is submitted within 14 days of the District's filing of the certificate that no transcript will be ordered, which occurred on June 29, 2026 (the "Ready Date"). Defendant-Appellant respectfully proposes September 25, 2026 as the deadline for filing its brief. This date falls within 91 days after the ready date, as required by Local Rule 31.2(a)(1)(A).

Defendant-Appellant respectfully requests that the Court so-order the foregoing date as the firm filing deadline for its brief.

      Respectfully submitted,

      *Douglas A. Spencer*

      DOUGLAS A. SPENCER

DAS:mm
c: Benjamin Hinerfeld, Esq. (via ACMS)

**Westchester**
777 Westchester Avenue
White Plains, NY 10604
(914) 303-9500

**Long Island**
77 Conklin Street
Farmingdale, NY 11735
(516) 694-3000

**Capital Region**
24 Century Hill Drive, Suite 101
Latham, NY 12110
(518) 690-7000

www.guerciolaw.com