**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: July 16, 2026
Docket #: 26-1272
Short Title: R.C. v. Garden City Union Free School District

DC Docket #: 2:24-cv-8328
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Lee G. Dunst

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8527.