# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of July, two thousand twenty-six,

R.C., M.C., individually, and on behalf of their child, a minor,

        Plaintiff-Counter-Defendants-Appellees,

  v.

Garden City Union Free School District,

        Defendant-Counter-Claimant-Appellant.

**ORDER**
Docket No. 26-1272

Counsel for Appellant Garden City Union Free School District has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting September 25, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before September 25, 2026. The appeal is dismissed effective September 25, 2026 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

